[No. 12448-3-II.   Division Two.   May 4, 1990.]

WILLIAM FJETLAND, ET AL, *Respondents,* v. PIERCE COUNTY COUNCIL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-03963-9, Donald H. Thompson, J., entered November 4, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 12567-6-II.   Division Two.   May 4, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN KIERSTEAD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-1-02331-1, Thomas A. Swayze, Jr., J., entered January 26, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 23091-3-I.   Division One.   May 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT LEE MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-8-03934-0, Shannon Wetherall, J., entered October 11, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Scholfield, JJ.

[No. 24351-9-I.   Division One.   May 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LANCE A. WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-01886-8, John M. Darrah, J., entered June 12, 1989. *Affirmed* by unpublished per curiam opinion.